USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JOSEPH GUGLIEMLO,                                          :
:
               Plaintiff,                :     19-cv-10071 (VSB)
:
        -against-                                       :
:     **ORDER**
BOSTON PROPER, LLC,                                        :
:
               Defendant.                :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    It has been reported to the Court that this case has been settled.  Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days.

SO ORDERED.

Dated: April 22, 2020
       New York, New York

_____
Vernon S. Broderick
United States District Judge